## Appeal of MARGARET GILLEN.

Docket No. 1785. Submitted April 29, 1925. Decided June 17, 1925.

*J. Arthur Adams, Esq.*, for the Commissioner.

Before JAMES, SMITH, and TRUSSELL.

This is an appeal from a determination of a deficiency in income tax for the year 1921 in an amount not stated but less than $10,000.

### FINDINGS OF FACT.

The taxpayer is an individual residing at Hempstead, N. Y.

During the year 1921 she contributed to the Church of Our Lady of Loretto, a religious organization located at Hempstead, $3,000 to provide for painting and other repairs upon the said church. During the same year she contributed $500 to Mercy Hospital at Hempstead, N. Y.

In her income-tax return for 1921 the taxpayer deducted $1,202.15 as contributions to charitable and religious organizations, which deduction the Commissioner disallowed. From the disallowance of that amount the taxpayer brings this appeal.

### DECISION.

The deficiency should be recomputed by allowing so much of $3,000 as a deduction as does not exceed 15 per cent of the net income. Final determination will be settled on 10 days' notice.